```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TYRONE CREIGHTON,                                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       23-cv-4497 (LJL)
        -v-                                                        :
                                                                   :       ORDER
THE CITY OF NEW YORK, NYPD POLICE OFFICER,                         :
DONALD E. SEHL (SHIELD #1527), JANE DOE and                        :
JOHN DOE (the names being fictitious as their identities           :
are unknown),                                                      :
                                                                   :
                        Defendants.                                X

-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

   On November 29, 2023, the Court adjourned the initial pretrial conference in this case pending the completion of the § 1983 Plan. Dkt. No. 15. The Court stated that the parties "shall file a joint status letter with the Court once the § 1983 Plan concludes." *Id.* The Court is informed that mediation concluded on September 19, 2024. The parties are therefore directed to file a joint status letter with the Court by November 1, 2024.

   SO ORDERED.

Dated: October 25, 2024                       _____
       New York, New York                           LEWIS J. LIMAN
                                                    United States District Judge